1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ISAIAH GARONE,                          No.  2:22-cv-2310 DAD CSK P

12              Plaintiff,

13        v.                                 ORDER

14   GLADYS MENCIAS,

15              Defendant.

16

17         On October 24, 2025, defendant filed a motion for summary judgment pursuant to Federal

18   Rule of Civil Procedure 56.  Plaintiff did not oppose the motion.

19         Local Rule 230(l) provides in part:  "Failure of the responding party to file written

20   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

21   the granting of the motion . . . ."  Local Rule 230(l).  On October 24, 2025, plaintiff was advised

22   of the requirements for filing an opposition to a motion and that failure to oppose such a motion

23   may be deemed a waiver of opposition to the motion.  (ECF No. 35 at 2 (citing <u>Rand v. Rowland</u>,

24   154 F.3d 952, 957 (9th Cir. 1998) (en banc)).)

25         Rule 41(b) of the Federal Rules of Civil Procedure provides:

26              **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or
                to comply with these rules or a court order, a defendant may move to
27              dismiss the action or any claim against it.  Unless the dismissal order
                states  otherwise,  a  dismissal  under  this  subdivision  (b)  and  any
28              dismissal not under this rule—except one for lack of jurisdiction,

1

improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b).

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days from the date of this order, plaintiff shall file an opposition, if any, to the motion for summary judgment.  (ECF No. 35.)  Failure to file an opposition will be deemed as consent to have the: (a) action dismissed for lack of prosecution; and (b) action dismissed based on plaintiff's failure to comply with these rules and a court order.  Said failure shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).


Dated:  December 2, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/garo2310.nop.msj

2