UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISAIAH GARONE,

Plaintiff,

v.

GLADYS MENCIAS,

Defendant.

No. 2:22-cv-02310-DAD-CSK P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

(Doc. Nos. 35, 42)

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 21, 2026, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion for summary judgment in her favor be granted. (Doc. No. 42.) Specifically, the magistrate judge concluded that plaintiff had failed to come forward with any evidence on summary judgment raising a genuine dispute of fact as to whether defendant Mencias had the authority to refer plaintiff to a medical specialist, that defendant had the authority to unilaterally cancel plaintiff's medical appointment with a specialist, or was even aware of the cancellation of plaintiff's appointment. (*Id.* at 7–9.) In addition, the magistrate judge found that plaintiff had failed to present evidence on summary judgment showing any casual connection between the defendant supervisor's alleged wrongful conduct and the violation

of plaintiff's constitutional rights. (*Id.* at 9–11.) Finally, the magistrate judge concluded that defendant was entitled to summary judgment as a matter of law with respect to plaintiff's remaining claims of violating state regulations, retaliation, and inadequate medical care. (*Id.* at 11–13.)

The pending findings and recommendations were served on plaintiff at his address of record[1] and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 5.) To date, no objections to the findings and recommendations have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on July 21, 2026 (Doc. No. 42) are adopted in full;
2. Defendant's motion for summary judgment in her favor (Doc. No. 35) is granted;
3. The Clerk of the Court is directed to enter judgment in favor of defendant and to close this case.

IT IS SO ORDERED.

Dated: **September 2, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] On August 3, 2026, the postal service returned the served copy of the findings and recommendations to the court as undeliverable, unable to forward. It appears that plaintiff has not kept the court apprised of his current address as required by Local Rule 183(b).